AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:20-cr-00245 |
| | ) | Assigned to: Judge Reggie B. Walton |
| EDWARD DAVIES | ) | Assigned Date: 11/4/2020 |
| | ) | Description: INDICTMENT (B) |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **EDWARD DAVIES**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 1343 (Wire Fraud)
22 D.C. Code §3223 (b)(5), (d)(2)(Credit Card Fraud)

Criminal Forfeiture
18 U.S.C. § 981 (a)(1)(C)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

Date: 11/05/2020

Robin M. Meriweather
2020.11.05 09:37:27 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12/3/2020, and the person was arrested on *(date)* 12/4/2020
at *(city and state)* Chicago, IL.

Date: 2/5/2021

*Arresting officer's signature*

Steven Maffucci SA FBI
*Printed name and title*