May 4, 2023

Honorable Reggie B. Walton
United States District Judge
United States Courthouse
300 Constitution Ave, NW
Washington, DC 20001

Dear Honorable Judge Walton:

I am writing to you to express my deep sense of remorse and regret, and to take full responsibility for my actions. It was a poor choice of judgment to use the credit card in such a manner. I accept the consequences of my actions, but I assure you my actions in this case do not represent the person I am. I am truly sorry for any harm I have caused, and ask for your forgiveness, mercy and compassion.

I understand the importance of contributing to society, supporting those less fortunate and being a responsible member of my community. For more than 20 years, I have dedicated my life to supporting children, families and communities to be healthy and safe. I have run non-profits programs and organizations, volunteered on boards, and served as an advisor to several youth, family and community development projects with the highest level of integrity and commitment to helping others achieve and making the world a better place. I take great pride in the positive impact I have had on the lives of so many, and have done so without ever being accused or suspected of anything like the crime I have been convicted of.

However, I recognize that my actions have put all of that good work in jeopardy and betrayed the trust and goodwill that I have built up over the years. I have caused harm to my community and let down those who relied on me. And for that, I am deeply remorseful.

Although I did not use funds earmarked for grants to children, my decisions still had a detrimental effect. And even though I proactively repaid my ongoing personal charges and reported to the organization that I had an outstanding balance before leaving the organization, and I paid back all of the dollars the organization said I owed, it was still wrong of me to use the administrative funds for personal purposes.

In the 16 years prior to my actions, and in the eight years since, I have been a model employee and citizen. I have done my best to be a positive influence, role model and inspiration to my children, friends, and colleagues. I have dedicated my life to working on behalf of low-income children, families and communities across the country, especially for people of color. My passion for this work grew from the inspiration of my mother who worked for over 30 years in the DC Department of Parks and Recreation to support children and families. I have had the privilege of furthering her legacy through my own work. I do not take that responsibility lightly, and have worked hard to help many children and families succeed and neighborhoods thrive.  While I have not always been successful or made the right decisions, I have always worked in their best interests. Doing otherwise is not in keeping with who I am, nor does it honor my mother.

My proudest moments include co-designing a middle school for boys in Baltimore that is still operational today. I have also written a children's book that motivates children to use their special talents to come together and improve the work around them through community service projects. I will use the proceeds from the book to support community service projects children create. I have also launched a narrative change campaign called "See Me 4 Me" which challenges people to be seen for who they really are, not what our preconceived, stereotyped or biased notions may tell us a person is. The tagline is "Your perception is not my reality," to remind others that we control our own truth, identity and narratives.

But because of my actions, I have lost jobs, friends, the trust of colleagues, my reputation, and most importantly, my integrity and good name. I have lost the trust of people close to me and the benefit of the doubt from those who do not know me. Despite these negative experiences, I have persevered to continue to do the work I enjoy, and feel has been my life's calling. I have created a national award-winning program that helps low-income fathers of colors be the best men and fathers they can be in order to better support their children. I have served as a consultant on several national initiatives to improve outcomes of children in child welfare systems, improve fatherhood programs, and improve outcomes for black families across the country. I have been asked to speak on panels at conferences and have co-authored articles and reports on the impact of father engagement. I also continue to provide support to organizations in developing strategic plans, value statements, and to incorporate diversity, equity and inclusion strategies into their organizational operations and culture.

While taking full responsibility, there is one issue I must stress, the amount of unpaid loss the government has calculated. I worked with the organization's accountants to account for all my ongoing personal purchases while at the Trust. Upon leaving the organization, I informed the organization that I had an outstanding balance, and worked with the accountants, the board and their lawyers to determine how much I spent and still owed. This demonstrates that it was never my attention to steal from the organization, but to pay back what I owed. It also shows that the organization reviewed all transactions, and signed an agreement for a total outstanding balance far less than the government calculated. I ask that you take these facts into consideration.

Your honor, I humbly ask again for your mercy, understanding and leniency in sentencing. I know that I have made a mistake, but also know that I am not defined by this one action. At no time in my professional career prior to working at the Trust nor since leaving the Trust have I had any troubles similar to this situation. I have led organizations, managed departments, and been a senior executive in other non-profits with no alleged or confirmed financial impropriety. I hope you will take into account my years of service and dedication to making a positive impact on the lives of others. Over the past eight years, I have taken steps to ensure that I never engage in the behavior that brought me before you, and am asking for the opportunity to continue to make amends for my wrongdoing, continue to contribute positively to my community, and prove that I am worthy of your forgiveness.

Thank you for your consideration,

*Edward Davies*
Edward Davies