| | Bank Account Number (with transaction identifier) | Bank Name |
|---|---|---|
| | 53-0318-1059 | PNC |
| | 53-0318-1059 | PNC |
| | 53-0318-1059 | PNC |
| | 53-0318-1059 | PNC |
| | 53-0318-1059 | PNC |
| | 53-0318-1059 | PNC |
| | 53-0318-1059 | PNC |
| | 53-0318-1059 | PNC |

| | 53-0318-1059 | PNC |
|---|---|---|
| | 53-0318-1059 | PNC |
| | 53-0318-1059 | PNC |
| | 53-0318-1059 | PNC |
| | 53-0318-1059 | PNC |
| | 53-0318-1059 | PNC |
| | 53-0318-1059 | PNC |
| | 53-0318-1059 | PNC |
| | 53-0318-1059 | PNC |

| | 53-0318-1059 | PNC |
|---|---|---|
| | 53-0318-1059 | PNC |
| | 53-0318-1059 | PNC |
| | 53-0318-1059 | PNC |
| | 53-0318-1059 | PNC |
| | 53-0318-1059 | PNC |
| | 53-0318-1059 | PNC |
| | 53-0318-1059 | PNC |
| | 53-0318-1059 | PNC |
| | 53-0318-1059 | PNC |
| | 53-0318-1059 | PNC |
| | 53-0318-1059 | PNC |
| | 53-0318-1059 | PNC |
| | 53-0318-1059 | PNC |
| | 53-0318-1059 | PNC |

| | 53-0318-1059 | PNC |
|---|---|---|
| | 53-0318-1059 | PNC |
| | 53-0318-1059 | PNC |
| | 53-0318-1059 | PNC |
| | 53-0318-1059 | PNC |
| | 53-0318-1059 | PNC |
| | 53-0318-1059 | PNC |
| | 53-0318-1059 | PNC |
| | 53-0318-1059 | PNC |
| | 53-0318-1059 | PNC |
| | 53-0318-1059 | PNC |
| | 53-0318-1059 | PNC |
| | 53-0318-1059 | PNC |
| | 53-0318-1059 | PNC |

| | 53-0318-1059 | PNC |
|---|---|---|
| | 53-0318-1059 | PNC |
| | 53-0318-1059 | PNC |
| | 53-0318-1059 | PNC |
| | 53-0318-1059 | PNC |

## Edward Davies' Suspected Persona

| Account Name | Date of Transaction | Charge Made | Type of Transaction (as noted by investigator) |
|---|---|---|---|
| DC CYITC - Operating | 11/16/2012 | -$5,537.55 | Levy at VZncr-Checkcard Purchase |
| DC CYITC - Operating | 12/17/2012 | -$7,733.90 | AMEX Gift Card-Checkcard Purchase |
| DC CYITC - Operating | 12/19/2012 | -$950.00 | Tortilla Coast-Checkcard Purchase |
| DC CYITC - Operating | 12/24/2012 | -$2,270.99 | Wegmans-Checkcard Purchase |
| DC CYITC - Operating | 2/22/2013 | -$200.00 | The Arc-Checkcard Purchase |
| DC CYITC - Operating | 3/7/2013 | -$1,310.00 | Acadiana-Checkcard Purchase |
| DC CYITC - Operating | 3/8/2013 | -$671.00 | Hotel Rouge-Checkcard Purchase |
| DC CYITC - Operating | 3/13/2013 | -$393.00 | MCI Center-Checkcard Purchase |

| | | | |
|---|---|---|---|
| DC CYITC - Operating | 3/13/2013 | -$703.89 | MCI Center-Checkcard Purchase |
| DC CYITC - Operating | 3/13/2013 | -$1,819.62 | MCI Center-Checkcard Purchase |
| DC CYITC - Operating | 3/27/2013 | -$460.24 | Ideapaint-Checkcard Purchase |
| DC CYITC - Operating | 4/1/2013 | -$200.00 | The Arc-Checkcard Purchase |
| DC CYITC - Operating | 4/3/2013 | -$7,407.90 | AMEX Gift Card-Checkcard Purchase |
| DC CYITC - Operating | 4/19/2013 | -$1,878.07 | Hotel Rouge-Checkcard Purchase |
| DC CYITC - Operating | 4/26/2013 | -$200.00 | The Arc-Checkcard Purchase |
| DC CYITC - Operating | 5/10/2013 | -$216.80 | Wholefoods-Checkcard Purchase |
| DC CYITC - Operating | 5/13/2013 | -$524.71 | Target-Checkcard Purchase |

| | | | |
|---|---|---|---|
| DC CYITC - Operating | 5/20/2013 | -$200.00 | Hotel Rouge-Checkcard Purchase |
| DC CYITC - Operating | 5/20/2013 | -$572.80 | Airline-Checkcard Purchase |
| DC CYITC - Operating | 5/28/2013 | -$479.00 | Lucky Strike-Checkcard Purchase |
| DC CYITC - Operating | 5/28/2013 | -$479.80 | Lucky Strike-Checkcard Purchase |
| DC CYITC - Operating | 5/29/2013 | -$200.00 | K&G-Checkcard Purchase |
| DC CYITC - Operating | 5/29/2013 | -$317.97 | Best Buy-Checkcard Purchase |
| DC CYITC - Operating | 5/29/2013 | -$1,125.82 | K&G-Checkcard Purchase |
| DC CYITC - Operating | 6/3/2013 | -$717.80 | Airline-Checkcard Purchase |
| DC CYITC - Operating | 6/3/2013 | -$717.80 | Airline-Checkcard Purchase |
| DC CYITC - Operating | 6/3/2013 | -$936.90 | Hotel Rouge-Checkcard Purchase |
| DC CYITC - Operating | 6/17/2013 | -$4,174.85 | AMEX Gift Card-Checkcard Purchase |
| DC CYITC - Operating | 6/20/2013 | -$200.00 | The Arc-Checkcard Purchase |
| DC CYITC - Operating | 6/20/2013 | -$1,271.15 | Best Buy-Checkcard Purchase |
| DC CYITC - Operating | 6/21/2013 | -$526.74 | Radio Shack- Checkcard Purchase |
| DC CYITC - Operating | 6/24/2013 | -$388.70 | Westin Book Cadillac-Checkcard Purchase |

| | | | |
|---|---|---|---|
| DC CYITC - Operating | 6/24/2013 | -$454.20 | Westin Book Cadillac-Checkcard Purchase |
| DC CYITC - Operating | 6/26/2013 | -$200.00 | The Arc-Checkcard Purchase |
| DC CYITC - Operating | 6/28/2013 | -$97.63 | Clear-Checkcard Purchase |
| DC CYITC - Operating | 6/28/2013 | -$97.63 | Clear-Checkcard Purchase |
| DC CYITC - Operating | 6/28/2013 | -$97.63 | Clear-Checkcard Purchase |
| DC CYITC - Operating | 6/28/2013 | -$97.63 | Clear-Checkcard Purchase |
| DC CYITC - Operating | 6/28/2013 | -$113.53 | Clear-Checkcard Purchase |
| DC CYITC - Operating | 6/28/2013 | -$113.53 | Clear-Checkcard Purchase |
| DC CYITC - Operating | 7/3/2013 | -$773.75 | Kings Dominion-Checkcard Purchase |
| DC CYITC - Operating | 7/8/2013 | -$30.60 | Radio Shack- Checkcard Purchase |
| DC CYITC - Operating | 7/8/2013 | -$520.20 | Radio Shack- Checkcard Purchase |
| DC CYITC - Operating | 7/9/2013 | -$97.63 | Clear-Checkcard Purchase |
| DC CYITC - Operating | 7/17/2013 | -$183.84 | Hotels.com-Checkcard Purchase |
| DC CYITC - Operating | 7/23/2013 | -$200.00 | The Arc-Checkcard Purchase |

| | | | |
|---|---|---|---|
| DC CYITC - Operating | 7/26/2013 | -$295.72 | Airline-Checkcard Purchase |
| DC CYITC - Operating | 7/29/2013 | -$419.80 | Airline-Checkcard Purchase |
| DC CYITC - Operating | 7/30/2013 | -$1,116.38 | Best Buy-Checkcard Purchase |
| DC CYITC - Operating | 8/9/2013 | -$3,127.45 | AMEX Gift Card-Checkcard Purchase |
| DC CYITC - Operating | 8/13/2013 | -$636.94 | Buca Di Beppo-Checkcard Purchase |

**-$53,461.09**       **Total**

## l Charges using DC Trust Checkcard ending 2679

| Description (as provided on bank statement) | Type of Charge | Agent Comments |
|---|---|---|
| 2679 Check Card Purchase Levy At Vzncr-10195303 86212933069732679321 Washington Dc | Personal (Davies) | Davies made a similar charge on his AMEX Card the year after.  May be season tickets |
| 2679 Check Card Purchase Amex Gift Card 92972933069732679351 866-2680582 Ut | Personal (Davies) | Hamilton just reported.  This charge would have been made by Davies. |
| 2679 Check Card Purchase Tortilla Coast 68961933069732679354 Washington Dc | Personal (Davies) | Similar to Davies AMEX charges. Could be an office Christmas Party |
| 2679 Check Card Purchase Wegmans 40 Lanham M 35362933069732679358 | Personal (Davies) | Christmas Eve charge in MD which is suspicious. |
| 2679 Check Card Purchase The ARC Washington 31946933069732679053 | Personal (Davies) | Identical to Davies AMEX charges |
| 2679 Check Card Purchase Acadiana Washington 98779933069732679066 | Personal (Davies) | Identical to Davies AMEX charges |
| 2679 Check Card Purchase Hotel Rouge Washing-to 81691933069732679067 | Personal (Davies) | Identical to Davies AMEX charges |
| 2679 Check Card Purchase MCI Center-Ste10125300 17883933069732679072 Washington De | Personal (Davies) | Similar to Davies AMEX charges |

| | | |
|---|---|---|
| 2679 Check Card Purchase MCI Center-Ste10125300 17882933069732679072 Washington Dc | Personal (Davies) | Similar to Davies AMEX charges |
| 2679 Check Card Purchase MCI Center-Ste10125300 17881933069732679072 Washington Dc | Personal (Davies) | Similar to Davies AMEX charges |
| 2679 Check Card Purchase Ideapaint, Inc 35303933069732679086 650-6222200 Ma | Personal (Davies) | Similar to Davies AMEX charges. Note Purchase is in MA |
| 2679 Check Card Purchase The ARC Washington 60488933069732679090 | Personal (Davies) | Identical to Davies AMEX charges |
| 2679 Check Card Purchase Amex Gift Card 46766933069732679093 866_2680582 Ut | Personal (Davies) | AMEX cards are like cash.  Second AMEX gift cards purchased |
| 2679 Check Card Purchase Hotel Rouge Washing-to 38769933069732679109 | Personal (Davies) | Identical to Davies AMEX charges |
| 2679 Check Card Purchase The ARC Washington 57701933069732679116 | Personal (Davies) | Identical to Davies AMEX charges |
| 2679 Check Card Purchase Wholefds Pst 10135 01241933069732679130 Washington Dc | Personal (Davies) | Identical to Davies AMEX charges |
| 2679 Check Card Purchase Target Largo MD 68049933069732679133 | Personal (Davies) | Identical to Davies AMEX charges |

| | | |
|---|---|---|
| 2679 Check Card Purchase Hotel Rouge Washingto 66172933069732679139 | Personal (Davies) | Identical to Davies AMEX charges |
| 2679 Check Card Purchase USAirways Mankato Mn 66173933069732679139 | Personal (Davies) | Identical to Davies AMEX charges |
| 2679 Check Card Purchase Lucky Strike Washingto 19046933069732679146 Washington Dc | Personal (Davies) | Identical to Davies AMEX charges |
| 2679 Check Card Purchase Lucky Strike Washingto 19047933069732679146 Washington Dc | Personal (Davies) | Identical to Davies AMEX charges |
| 2679 Check Card Purchase K Sc G New Carrolton 0 09129933069732679149 New Carroll MD | Personal (Davies) | Similar to Davies AMEX charges |
| 2679 Check Card Purchase Best Buy Lanham MD 09130933069732679149 | Personal (Davies) | Similar to Davies AMEX charges |
| 2679 Check Card Purchase K & G New Carrolton 0 09128933069732679149 New Carroll MD | Personal (Davies) | Similar to Davies AMEX charges |
| 2679 Check Card Purchase USAirways Mankato Mn 07871933069732679153 | Personal (Davies) | Similar to Davies AMEX charges |
| 2679 Check Card Purchase USAirways Mankato Mn 07872933069732679153 | Personal (Davies) | Similar to Davies AMEX charges |
| 2679 Check Card Purchase Hotel Rouge Washingto 07868933069732679153 | Personal (Davies) | Identical to Davies AMEX charges |
| 2679 Check Card Purchase Amex Gift Card 72990933069732679167 866-2680582 Ut | Personal (Davies) | AMEX gift cards are like cash. Similar to Hamilton's charges but Davies appears to have the card |
| 2679 Check Card Purchase The ARC Washington 51769933069732679171 | Personal (Davies) | Similar to Davies  admitted personal charges |
| 2679 Check Card Purchase Best Buy Lanham MD 51770933069732679171 | Personal (Davies) | Similar to Davies AMEX charges |
| 2679 Check Card Purchase Radioshack COR00120709 59389933069732679172 Washington Dc | Personal (Davies) | Similar to Davies AMEX charges |
| 2679 Check Card Purchase Westin Book Cadillac 12753933069732679174 Detroit Mi | Personal (Davies) | Known Davies charge through Davies' personal emails |

| | | |
|---|---|---|
| 2679 Check Card Purchase Westin Book Cadillac 12754933069732679174 Detroit Mi | Personal (Davies) | Known Davies charge through Davies' personal emails |
| 2679 Check Card Purchase The ARC Washington 68527933069732679177 | Personal (Davies) | Identical to Admitted Davies charges |
| 2679 Check Card Purchase Clear 888-2532794 Wa 90371933069732679179 | Personal (Davies) | Identical to Admitted Davies charges |
| 2679 Check Card Purchase Clear 888-2532794 Wa 90370933069732679179 | Personal (Davies) | Identical to Admitted Davies charges |
| 2679 Check Card Purchase Clear 888-2532794 Wa 90373933069732679179 | Personal (Davies) | Identical to Admitted Davies charges |
| 2679 Check Card Purchase Clear 888-2532794 Wa 90375933069732679179 | Personal (Davies) | Identical to Admitted Davies charges |
| 2679 Check Card Purchase Clear 888-2532794 Wa 90374933069732679179 | Personal (Davies) | Identical to Admitted Davies charges |
| 2679 Check Card Purchase Clear 888-2532794 Wa 90372933069732679179 | Personal (Davies) | Identical to Admitted Davies charges |
| 2679 Check Card Purchase Kings Dominion Online 44112933069732679184 804-8765000 VA | Personal (Davies) | Similar to Davies AMEX charges |
| 2679 Check Card Purchase Radioshack COR00120709 54515933069732679189 Washington Dc | Personal (Davies) | Similar to Davies AMEX charges |
| 2679 Check Card Purchase Radioshack COR00120709 54514933069732679189 Washington Dc | Personal (Davies) | Similar to Davies AMEX charges |
| 2679 Check Card Purchase Clear 888-2532794 Wa 87769933069732679190 | Personal (Davies) | Similar to Davies admitted personal charges |
| 2679 Check Card Purchase Hotels.Com US 58140933069732679198 800-2194606 Wa | Personal (Davies) | Identical to Davies AMEX charges |
| 2679 Check Card Purchase The ARC Washington 53711933069732679204 | Personal (Davies) | Identical to Davies AMEX charges |

| | | |
|---|---|---|
| 2679 Check Card Purchase Travelocity Package 00432933069732679207 800-2569089 Tx | Personal (Davies) | Identical to Davies AMEX charges |
| 2679 Check Card Purchase USAirways San Antonio 34740933069732679209 | Personal (Davies) | Similar to Davies AMEX charges |
| 2679 Check Card Purchase Best Buy Washington 00791933069732679211 | Personal (Davies) | Similar to Davies AMEX charges |
| 2679 Check Card Purchase Amex Gift Card 83619933069732679221 866-2680582 Ut | Personal (Davies) | AMEX cards are like cash and card appears to be in Davies possesion |
| 2679 Check Card Purchase Buca Di Beppo-Washingt 33224933069732679225 Washington Dc | Personal (Davies) | Similar to Davies AMEX charges |

| EDavies Comments | Check Card Number |
|---|---|
| We also rented space and paid for catering at the Levy Center for Trust-related activities/convenings. I've never owned season tickets to any team at the Verizon Ctr. There would be no record of my owning season tickets. | DCA VCC 00004034933069732679 |
| The bankcard was not only used by me, but by others to purchase items for specific programs. The gift cards would've been purchased for program participants and/or as a thank you for grant reviewers | DCA VCC 00004034933069732679 |
| My card would have been used to pay for the staff Xmas party…an official Trust-related expense | DCA VCC 00004034933069732679 |
| This would have been a purchase for a Trust-related program. Purchase may not have been made by me. | DCA VCC 00004034933069732679 |
| This is a recurring monthly charge, that was probably for a specific program. The Trust supported an OSP grantee that operated out of THEARC. | DCA VCC 00004034933069732679 |
| Staff dinner related to staff retreat. Trust business | DCA VCC 00004034933069732679 |
| Rented meeting rooms for staff retreat. | DCA VCC 00004034933069732679 |
| The Trust was a sponsor for the DCIAA Basketball City Title game for several years prior to and during my tenure as ED. These charges would've covered suite rental and catering for the game. | DCA VCC 00004034933069732679 |

| | |
|---|---|
| The Trust was a sponsor for the DCIAA Basketball City Title game for several years prior to and during my tenure as ED. These charges would've covered suite rental and catering for the game. | DCA VCC 00004034933069732679 |
| The Trust was a sponsor for the DCIAA Basketball City Title game for several years prior to and during my tenure as ED. These charges would've covered suite rental and catering for the game. | DCA VCC 00004034933069732679 |
| Staff purchased special paint to paint the wall in their office to use as blackboard space. The company may be located in MA, but if this was an online purchase, it would've been shipped from MA to Trust office. | DCA VCC 00004034933069732679 |
| This is a recurring monthly charge, that was probably for a specific program. The Trust supported an OSP grantee that operated out of THEARC. | DCA VCC 00004034933069732679 |
| The bankcard was not only used by me, but by others to purchase items for specific programs. The gift cards would've been purchased for program participants and/or as a thank you for grant reviewers | DCA VCC 00004034933069732679 |
| Rented meeting rooms for staff retreat/agency event. | DCA VCC 00004034933069732679 |
| This is a recurring monthly charge, that was probably for a specific program. The Trust supported an OSP grantee that operated out of THEARC. | DCA VCC 00004034933069732679 |
| Need to substantiate based on receipts. | DCA VCC 00004034933069732679 |
| Need to substantiate based on receipts. | DCA VCC 00004034933069732679 |

| | |
|---|---|
| Need to substantiate based on receipts. | DCA VCC 00004034933069732679 |
| Need to substantiate based on receipts. | DCA VCC 00004034933069732679 |
| Staff event | DCA VCC 00004034933069732679 |
| Staff event | DCA VCC 00004034933069732679 |
| Need to substantiate based on receipts. | DCA VCC 00004034933069732679 |
| Program-related. Will substantiate | DCA VCC 00004034933069732679 |
| Program-related. Will substantiate | DCA VCC 00004034933069732679 |
| Would need to see receipt to know the destination and be able to confirm whether business or personal. | DCA VCC 00004034933069732679 |
| Would need to see receipt to know the destination and be able to confirm whether business or personal. | DCA VCC 00004034933069732679 |
| Agency event | DCA VCC 00004034933069732679 |
| Program-related. Will substantiate | DCA VCC 00004034933069732679 |
| This is a recurring monthly charge, that was probably for a specific program. The Trust supported an OSP grantee that operated out of THEARC. | DCA VCC 00004034933069732679 |
| Program-related. Will substantiate | DCA VCC 00004034933069732679 |
| Program-related. Will substantiate | DCA VCC 00004034933069732679 |
| Boys and Men of Color Conference | DCA VCC 00004034933069732679 |

| | |
|---|---|
| Boys and Men of Color Conference | DCA VCC 00004034933069732679 |
| This is a recurring monthly charge, that was probably for a specific program. The Trust supported an OSP grantee that operated out of THEARC. | DCA VCC 00004034933069732679 |
| I've never used Clear. Could be a charge for staff who used the card for travel. | DCA VCC 00004034933069732679 |
| I've never used Clear. Could be a charge for staff who used the card for travel. | DCA VCC 00004034933069732679 |
| I've never used Clear. Could be a charge for staff who used the card for travel. | DCA VCC 00004034933069732679 |
| I've never used Clear. Could be a charge for staff who used the card for travel. | DCA VCC 00004034933069732679 |
| I've never used Clear. Could be a charge for staff who used the card for travel. | DCA VCC 00004034933069732679 |
| I've never used Clear. Could be a charge for staff who used the card for travel. | DCA VCC 00004034933069732679 |
| Youth program-related | DCA VCC 00004034933069732679 |
| Business charge for agency. Not purchased by me. | DCA VCC 00004034933069732679 |
| Business charge for agency. Not purchased by me. | DCA VCC 00004034933069732679 |
| I've never used Clear. Could be a charge for staff who used the card for travel. | DCA VCC 00004034933069732679 |
| Referring to notes to determine the purpose of this charge. | DCA VCC 00004034933069732679 |
| This is a recurring monthly charge, that was probably for a specific program. The Trust supported an OSP grantee that operated out of THEARC. | DCA VCC 00004034933069732679 |

| | |
|---|---|
| Referring to notes to determine the purpose of this charge. | DCA VCC 00004034933069732679 |
| Referring to notes to determine the purpose of this charge. | DCA VCC 00004034933069732679 |
| Business charge for agency. Not purchased by me. | DCA VCC 00004034933069732679 |
| The bankcard was not only used by me, but by others to purchase items for specific programs. The gift cards would've been purchased for program participants and/or as a thank you for grant reviewers | DCA VCC 00004034933069732679 |
| Staff-related expense | DCA VCC 00004034933069732679 |