IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | Case No. 20-245-RBW |
| : | |
| **EDWARD DAVIES, et al.** : | |
| : | |
| **Defendant.** : | |

**DEFENDANT'S SUPPLEMENTAL MEMORANDUM IN AID OF SENTENCING**

    COMES NOW ATTORNEY, Allen H. Orenberg, to respectfully submit this Supplemental Memorandum in Aid of Sentencing on behalf of Defendant Edward Davies. In Section D[1] of the Defendant's initial Memorandum in Aid of Sentencing, the Court is provided examples of other cases involving substantial financial crimes and the corresponding imposed sentences.

    Counsel now asks the Court to also consider (and compare/contrast) another matter lodged in this District, *USA v. James Ratcliff*, 17-008-APM. Defendant Ratcliff accepted a timely pre-trial plea bargain wherein he (and another co-defendant) admitted to theft of government property (automobiles and parts) in excess of $512,000.00. Judge Mehta imposed a sentence of three years probation with the first year on home detention. [27] When imposing a below guidelines sentence, Judge Mehta referred to the age of Mr. Ratcliff (68), no prior convictions, poor health, and early acceptance of responsibility. *See* Statement of Reasons. [28]

---

[1] Section D. Is entitled: The Need to Avoid Unwarranted Sentencing Disparities and Impose a Sentence That Reflects the Seriousness of the Offense.

Similarly, Mr. Davies is 51 years old, no prior convictions, marginal health and he resolved his case in a timely manner after the resolution of the substantive Motion to Dismiss. [57]

Respectfully submitted,

THE ORENBERG LAW FIRM, P.C.

_____
Allen H. Orenberg, Bar No. 395519
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Tel. No. (301) 984-8005
Cell-Phone No. (301) 807-3847
Fax No. (301) 984-8008
aorenberg@orenberglaw.com
Counsel to Edward Davies

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2023, a copy of foregoing Defendant's Supplemental Memorandum in Aid of Sentencing, submitted on behalf of Edward Davies, was served by CM/ECF and by e-mail to USPO Kelli Willett.

 

_____
Allen H. Orenberg